Neil A. Smith, California Bar No. 63777
Email: nsmith@sheppardmullin.com
Nathaniel Bruno, California Bar No. 228118
Email: nbruno@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone No.: 415-434-9100
Fax No.: 415-434-3947

David G. Conlin (*Pro Hac Vice* application filed)
Email: dconlin@eapdlaw.com
George W. Neuner (*Pro Hac Vice* application filed)
Email: gneuner@eapdlaw.com
Brian M. Gaff, California Bar No. 202896
Email: bgaff@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiffs
CELLECTRICON AB and GYROS AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>        Plaintiffs,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>        Defendant. | Civil Action No. 3:09-cv-03150-EDL<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENTS NOS. 5,376,252, 7,390,650, 7,470,518, AND 7,563,614**<br><br>**AND**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Honorable Elizabeth D. Laporte<br>United States Magistrate Judge |

Plaintiffs CELLECTRICON AB ("CELLECTRICON") and GYROS AB ("GYROS") bring this action for patent infringement against Defendant, FLUXION BIOSCIENCES, INC. ("FLUXION"), and allege as follows:

**PARTIES**

1. CELLECTRICON is organized as an Aktiebolag (i.e., corporation) under the laws of Sweden and has a principal place of business in Göteborg, Sweden.

2. CELLECTRICON develops and markets microfluid assay tools, real time cell-based screening devices, for increased productivity and high precision for applications in the fields of biotechnology, biomedical research and drug discovery.

3. GYROS is organized as an Aktiebolag (i.e., corporation) under the laws of Sweden and has a principal place of business in Uppsala, Sweden.

4. GYROS is a leader in the miniaturization and integration of laboratory applications through its proprietary microfluidics platform.

5. On information and belief, FLUXION is a corporation organized and existing under the laws of the State of Delaware and has a principal place of business in South San Francisco, California.

**JURISDICTION**

6. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §1 *et seq.*

7. This Court has jurisdiction over the subject matter of these claims under 28 U.S.C. §§ 1331 and 1338(a).

8. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

**INTRADISTRICT ASSIGNMENT**

9. Because this action is an Intellectual Property Action as specified in Civil L.R. 3-2(c), it is to be assigned on a district-wide basis.

## FIRST CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 5,376,252)

10. Plaintiffs reallege and incorporate herein by reference the allegations set forth in paragraphs 1-9 above.

11. United States Patent No. 5,376,252 ("the '252 Patent") is titled "Microfluidic Structure And Process For Its Manufacture." The '252 Patent was duly and legally issued on December 27, 1994 and claims priority to a Swedish patent application filed on May 10, 1990. The '252 Patent is valid, subsisting, and enforceable. A copy of the '252 Patent is attached hereto as **Exhibit 1**.

12. GYROS is the owner of the '252 Patent.

13. CELLECTRICON is a licensee of the '252 Patent.

14. On information and belief, FLUXION manufactures, sells, offers to sell, and/or uses in the United States "IonFlux," an automated high throughput electrophysiology system, which infringes one or more claims of the '252 Patent in violation of one or more of the provisions of 35 U.S.C. § 271.

15. On information and belief, FLUXION's infringement of the '252 Patent is and has been willful.

16. On information and belief, FLUXION will continue to infringe the '252 Patent unless enjoined by this Court.

## SECOND CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 7,390,650)

17. Plaintiffs reallege and incorporate herein by reference the allegations set forth in paragraphs 1-16 above.

18. United States Patent No. 7,390,650 ("the '650 Patent") is titled "System And Method For Obtaining And Maintaining High-Resistance Seals In Patch Clamp Recordings." The '650 Patent was duly and legally issued on June 24, 2008 and claims priority to a United States provisional patent application filed on August 21, 2002. The '650 Patent is valid, subsisting, and enforceable. A copy of the '650 Patent is attached hereto as **Exhibit 2**.

19. CELLECTRICON is the owner of the '650 Patent.

20. On information and belief, FLUXION manufactures, sells, offers to sell, and/or uses in the United States "IonFlux," an automated high throughput electrophysiology system, which infringes one or more claims of the '650 Patent in violation of one or more of the provisions of 35 U.S.C. § 271.

21. On information and belief, FLUXION's infringement of the '650 Patent is and has been willful.

22. On information and belief, FLUXION will continue to infringe the '650 Patent unless enjoined by this Court.

## THIRD CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 7,470,518)

23. Plaintiffs reallege and incorporate herein by reference the allegations set forth in paragraphs 1-22 above.

24. United States Patent No. 7,470,518 ("the '518 Patent") is titled "Systems And Methods For Rapidly Changing The Solution Environment Around Sensors." The '518 Patent was duly and legally issued on December 30, 2008 and claims priority to a United States provisional patent application filed on February 12, 2002. The '518 Patent is valid, subsisting, and enforceable. A copy of the '518 Patent is attached hereto as **Exhibit 3**.

25. CELLECTRICON is the owner of the '518 Patent.

26. On information and belief, FLUXION manufactures, sells, offers to sell, and/or uses in the United States "IonFlux," an automated high throughput electrophysiology system, which infringes one or more claims of the '518 Patent in violation of one or more of the provisions of 35 U.S.C. § 271.

27. On information and belief, FLUXION's infringement of the '518 Patent is and has been willful.

28. On information and belief, FLUXION will continue to infringe the '518 Patent unless enjoined by this Court.

## FOURTH CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 7,563,614)

29. Plaintiffs reallege and incorporate herein by reference the allegations set forth in paragraphs 1-28 above.

30. United States Patent No. 7,563,614 ("the '614 Patent") is titled "Systems And Methods For Rapidly Changing The Solution Environment Around Sensors." The '614 Patent was duly and legally issued on July 21, 2009 and claims priority to a United States provisional patent application filed on February 12, 2002. The '614 Patent is valid, subsisting, and enforceable. A copy of the '614 Patent is attached hereto as **Exhibit 4**.

31. CELLECTRICON is the owner of the '614 Patent.

32. On information and belief, FLUXION manufactures, sells, offers to sell, and/or uses in the United States "IonFlux," an automated high throughput electrophysiology system, which infringes one or more claims of the '614 Patent in violation of one or more of the provisions of 35 U.S.C. § 271.

33. On information and belief, FLUXION's infringement of the '614 Patent is and has been willful.

34. On information and belief, FLUXION will continue to infringe the '614 Patent unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment against FLUXION and respectfully pray that this Court enter orders:

(a) Finding that FLUXION has infringed and is infringing the '252 Patent;

(b) Finding that FLUXION has infringed and is infringing the '650 Patent;

(c) Finding that FLUXION has infringed and is infringing the '518 Patent;

(d) Finding that FLUXION has infringed and is infringing the '614 Patent;

(e) Finding that FLUXION's infringement of the '252 Patent has been willful;

(f) Finding that FLUXION's infringement of the '650 Patent has been willful;

(g) Finding that FLUXION's infringement of the '518 Patent has been willful;

(h)     Finding that FLUXION's infringement of the '614 Patent has been willful;

(i)     Enjoining FLUXION, its agents, servants, employees and attorneys, and all those in active participation or privity with any of them, from infringing any of United States Patents Nos. 5,376,252, 7,390650, 7,470,518, and 7,563,614;

(j)     Awarding compensatory damages to Plaintiffs pursuant to 35 U.S.C. § 284;

(k)     Finding that this is an exceptional case pursuant to 35 U.S.C. § 285 and trebling the damage award to Plaintiffs, and awarding Plaintiffs their reasonable attorneys' fees, expenses and costs in this action;

(l)     Awarding Plaintiffs pre-judgment and post-judgment interest on the damages awarded; and

(m)     Granting Plaintiffs such other and further relief as they are entitled to as a matter of law or that the Court deems just and proper.

Respectfully submitted,

Dated: July 24, 2009                              By:  /s/ Nathaniel Bruno

Sheppard Mullin Richter & Hampton LLP
  Neil A. Smith (Cal. Bar No. 63777)
  Nathaniel Bruno (Cal. Bar No. 228118)

Edwards Angell Palmer & Dodge LLP
  David G. Conlin (*Pro Hac Vice* filed)
  George W. Neuner (*Pro Hac Vice* filed)
  Brian M. Gaff (Cal. Bar No. 202896)

*Attorneys for Plaintiffs CELLECTRICON AB and GYROS AB*

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

Dated: July 24, 2009                    By:  /s/ Nathaniel Bruno

                                        Sheppard Mullin Richter & Hampton LLP
                                          Neil A. Smith (Cal. Bar No. 63777)
                                          Nathaniel Bruno (Cal. Bar No. 228118)

                                        Edwards Angell Palmer & Dodge LLP
                                          David G. Conlin (*Pro Hac Vice* filed)
                                          George W. Neuner (*Pro Hac Vice* filed)
                                          Brian M. Gaff (Cal. Bar No. 202896)

                                        *Attorneys for Plaintiffs CELLECTRICON AB and GYROS AB*