| | |
|---|---|
| 1 | ERIC L. WESENBERG (STATE BAR NO. 139696) |
|   | ewesenberg@orrick.com |
| 2 | ELIZABETH A. HOWARD (STATE BAR NO. 173185) |
|   | ehoward@orrick.com |
| 3 | DEBORAH FISHMAN (STATE BAR NO. 197584) |
|   | dfishman@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:     650-614-7400 |
| 6 | Facsimile:      650-614-7401 |

*E-FILED - 9/17/09*

Attorneys for Defendant
FLUXION BIOSCIENCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB, | Case No.  CV 09-3150-RMW |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR FLUXION BIOSCIENCES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AND [] ORDER THEREON** |
| v. | |
| FLUXION BIOSCIENCES, INC., | |
| Defendant. | |

OHS West:260725822.1

**STIP. FOR EXTENSION OF TIME TO ANSWER,
AND [] ORDER THEREON
CV 09-3150-RMW**

1    Based on the request of defendant Fluxion Biosciences, Inc. ("Fluxion"), and pursuant to Civil Local Rule 6-1(a), the parties stipulate that the time for Fluxion to answer or otherwise respond to the First Amended Complaint is extended through and including October 28, 2009. In support of the stipulation, Fluxion represents the following:

    1.    Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs") filed the Complaint in the above-referenced patent infringement lawsuit on July 10, 2009.

    2.    On July 21, 2009, the parties filed a stipulation to extend the time for Fluxion to answer or otherwise respond to the Complaint to September 17, 2009.

    3.    On July 24, 2009, the Plaintiffs filed their First Amended Complaint in the above-referenced lawsuit.

    4.    On September 9, 2009, counsel for defendant Fluxion conferred with counsel for Plaintiffs and the parties agreed to extend the time for Fluxion to answer or otherwise respond to Plaintiffs' First Amended Complaint to October 28, 2009, subject to the Court's approval.

    5.    During the pendency of this case, the parties have been in communication and have expressed the mutual desire to seek an amicable resolution. Given the location of the parties' respective senior staff (Sweden and California), arranging meetings has been more difficult than typical. The parties believe that the extension of time will allow them the opportunity to have meaningful discussions and to otherwise facilitate their efforts at seeking amicable solutions, including settlement negotiations.

Dated: September 11, 2009

                                                      */s/ Eric L. Wesenberg /s/*
                                                   ERIC L. WESENBERG (SBN 139696)
                                                      ewesenberg@orrick.com

                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                      Attorneys for Defendant
                                                   FLUXION BIOSCIENCES, INC.

Dated: September 11, 2009

*/s/ Neil A. Smith /s/*
NEIL A. SMITH (SBN 63777)
nsmith@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
EDWARDS ANGELL PALMER & DODGE LLP

Attorneys for Plaintiffs
CELLECTRICON AB and GYROS AB

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that defendant Fluxion Biosciences, Inc. shall have through and including October 28, 2009 to answer or otherwise respond to the First Amended Complaint in this action.

**IT IS SO ORDERED.**

Dated: 9/17/09

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge