KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

ROBERT H. STIER, JR. (*pro hac vice pending*) rstier@pierceatwood.com
MICHAEL J. SULLIVAN (*pro hac vice pending*) msullivan@pierceatwood.com
SEAN L. SWEENEY (*pro hace vice pending*) ssweeney@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101-1110
Telephone: (207) 791-1100
Facsimile: (207) 791-1350

Attorneys for Plaintiffs
CELLECTRICON AB AND GYROS AB

*E-FILED - 11/16/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLECTRICON AB and GYROS AB<br><br>Plaintiffs,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC., et al.<br><br>Defendants. | Case No.: CV-09-03150 RMW<br><br>**STIPULATION AND []<br>ORDER RE DEFENDANT'S<br>MOTION TO DISMISS, PLAINTIFFS'<br>AMENDED COMPLAINT<br>AND POTENTIAL DISCOVERY<br>REGARDING WILLFULNESS** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs") and Defendant Fluxion Biosciences, Inc. ("Defendant"), through their respective counsel, stipulate as follows and respectfully request that the Court enter the following Proposed Order:

1

WHEREAS Plaintiffs filed a complaint in the above-entitled action which contained claims for willful infringement with respect to the patents in suit;

WHEREAS Defendant has filed a motion to dismiss the claims for willful infringement or in the alternative for a more definite statement regarding the claims for willful infringement;

WHEREAS the parties have agreed that Plaintiffs will file an amended complaint which removes the claims for willful infringement without prejudice to Plaintiffs seeking further leave to amend the complaint, if appropriate, to reallege claims for willful infringement upon the completion of discovery regarding such claims, and Defendant reserves the right to move to dismiss or to otherwise attack any such claims for willful infringement;

WHEREAS Plaintiffs reserve the right to conduct discovery on the issue of Defendant's alleged willful infringement and to the extent Defendant intends to or has relied upon the advice of counsel, Defendant shall comply with the Patent Local Rules regarding the disclosures pertaining to any such reliance on advice of counsel, and Defendant shall not object to such discovery or disclosures based on the absence of claims of willful infringement in the First Amended Complaint, although, Defendant reserves the right to object to such discovery to the extent it becomes burdensome, oppressive or overbroad;

WHEREAS Defendant's motion to dismiss will be taken off calendar and Plaintiffs will file their amended complaint within five court days of the Court's order, if any, pursuant to this Stipulation;

WHEREAS, Defendant shall file an answer to the First Amended Complaint within five court days of receipt of service of the First Amended Complaint, which service shall be effective upon receipt by counsel of record for Defendant.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their respective counsel of record, and subject to the approval of the Court:

1. Within five court days of this Court's order, Plaintiff shall have leave to amend and shall amend its complaint to delete all claims for willful infringement without prejudice to Plaintiffs

2

STIPULATION AND [] ORDER RE DEFENDANT'S
MOTION TO DISMISS, PLAINTIFFS' AMENDED COMPLAINT
AND POTENTIAL DISCOVERY REGARDING WILFULNESS
CASE NO.: CV 09 03150 RMW

to seeking further leave of court, if appropriate, to amend its complaint to reallege claims for willful infringement following discovery on the issue of willful infringement;

2. Defendant shall file its answer to Plaintiff's First Amended Complaint within five court days of service of the First Amended Complaint on its counsel of record;

3. Plaintiff shall be entitled to conduct reasonable discovery, including but not limited to interrogatories, request for admissions, request for production of documents, and deposition discovery, on the issue of willful infringement, and Defendant shall not object to such discovery on the grounds that the First Amended Complaint does not contain claims for willful infringement, although Defendant reserves its rights to object if such discovery becomes overbroad, burdensome or oppressive; and

4. Defendant shall comply with the Patent Local Rules regarding the disclosure of reliance upon advice of counsel, whether written or oral.

Dated: November 13, 2009           KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    KENNETH E. KELLER
    Attorneys for Plaintiffs
    CELLECTRICON AB AND GYROS AB


Dated: November 13, 2009           ORRICK HERRINGTON & SUTCLIFFE LLP


By: _____/s/_____
    ERIC L. WESENBERG
    Attorneys for Defendant
    FLUXION BIOSCIENCES, INC.

I hereby attest that I have been authorized by Eric L. Wesenberg to execute on his behalf this

3

Stipulation and [Proposed] Order Re Amended Complaint. Executed on this 13th day of November, 2009, at San Francisco, California.

____/s/_____
Kenneth E. Keller

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/16/09_____    _____/s/ Ronald M. Whyte_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE