1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   TRACY M. CLEMENTS (SBN 184150) tclements@kksrr.com
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5

6  ROBERT H. STIER, JR. (*pro hac vice pending*) rstier@pierceatwood.com
   MICHAEL J. SULLIVAN (*pro hac vice pending*) msullivan@pierceatwood.com
7  SEAN L. SWEENEY (*pro hace vice pending*) ssweeney@pierceatwood.com
   PIERCE ATWOOD LLP
8  One Monument Square
9  Portland, ME 04101-1110
   Telephone: (207) 791-1100
10 Facsimile: (207) 791-1350

11
   Attorneys for Plaintiffs
12 Cellectricon AB and Gyros AB

*E-FILED - 11/17/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLECTRICON AB and GYROS AB<br><br>Plaintiffs,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC., et al.<br><br>Defendants. | Case No.: CV-09-03150 RMW<br><br>ORDER GRANTING<br>**SUBSTITUTION OF COUNSEL** |

Plaintiffs CELLECTRICON AB and GYROS AB ("Plaintiffs") hereby substitute Pierce Atwood LLP, One Monument Square, Portland, Maine 04101-1110 and Krieg, Keller, Sloan, Reilley & Roman LLP, 114 Sansome Street, 4th Floor, San Francisco, California, as counsel of record in place of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts,

{W1587090.1} 1

and Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111.

I consent to the above substitution of attorneys.

Dated: _____

By: _____
JONAS OHLSSON, CEO
CELLECTRICON AB

I consent to the above substitution of attorneys.

Dated: _____

By: _____
ERIK WALLDÉN, CEO
GYROS AB

I accept this substitution.

Dated: _____      PIERCE ATWOOD LLP

By: _____
ROBERT H. STIER, JR.
Attorneys for Plaintiffs
CELLECTRICON AB AND GYROS AB

I accept this substitution.

Dated: _____      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

{W1587090.1} 2

SUBSTITUTION OF COUNSEL
CASE NO.: CV 09 03150 RMW

and Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111.

I consent to the above substitution of attorneys.

Dated: _____

By: _____
JONAS OHLSSON, CEO
CELLECTRICON AB

I consent to the above substitution of attorneys.

Dated: _____

By: _____
ERIK WALLDÉN, CEO
GYROS AB

I accept this substitution.

Dated: Nov. 3, 2009        PIERCE ATWOOD LLP

By: ___/s/_____
ROBERT H. STIER, JR.
Attorneys for Plaintiffs
CELLECTRICON AB AND GYROS AB

I hereby attest that I have been authorized by Robert H. Stier, Jr. to execute on his behalf this Substitution of Counsel. Executed on this 3rd day of November, 2009, at San Francisco, California.
_____/s/Kenneth E. Keller

I accept this substitution.

Dated: _____        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

{W1587090.1} 2

SUBSTITUTION OF COUNSEL
CASE NO.: CV 09 03150 RMW

| | |
|---|---|
| 1 | By: /s/ Kenneth E. Keller |
| 2 | KENNETH E. KELLER |
| | Attorneys for Plaintiffs |
| 3 | CELLECTRICON AB AND GYROS AB |

I accept this substitution.

Dated: 2 Nov '09

EDWARDS ANGELL PALMER & DODGE LLP

By: _____

GEORGE W. NEUNER
Attorneys for Plaintiffs
CELLECTRICON AB AND GYROS AB

I accept this substitution.

Dated: 2 Nov 09

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____

NEIL ARTHUR SMITH
Attorneys for Plaintiffs
CELLECTRICON AB AND GYROS AB

**ORDER**

**IT IS SO ORDERED.**

{W1587096.1}3

SUBSTITUTION OF COUNSEL
CASE NO.: CV 09 03150 RMW

1 Dated: 11/17/09

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

{W1587090.1}4

SUBSTITUTION OF COUNSEL
CASE NO.: CV 09 03150 RMW