1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 249-8330
   Facsimile:     (415) 249-8333
5
6  ROBERT H. STIER, JR. (*pro hac vice pending*) rstier@pierceatwood.com
   MICHAEL J. SULLIVAN (*pro hac vice pending*) msullivan@pierceatwood.com
7  SEAN L. SWEENEY (*pro hace vice pending*) ssweeney@pierceatwood.com
   PIERCE ATWOOD LLP
8  One Monument Square
   Portland, ME  04101-1110
9  Telephone:     (207) 791-1100
   Facsimile:     (207) 791-1350
10                                                         ***E-FILED - 12/10/09***

11 Attorneys for Plaintiffs
12 CELLECTRICON AB AND GYROS AB

13
14                         UNITED STATES DISTRICT COURT
15                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

16
17 | CELLECTRICON AB and GYROS AB | Case No.:  CV-09-03150 RMW |
   |---|---|
18 | Plaintiffs, | |
19 | v. | **STIPULATION AND []** |
   | | **ORDER RE EXTENSION OF TIME FOR** |
20 | FLUXION BIOSCIENCES, INC., et al. | **PLAINTIFFS TO FILE FIRST** |
   | | **AMENDED COMPLAINT AND** |
21 | Defendants. | **DEFENDANT'S RESPONSE** |

22
23
24         Pursuant to Civil Local Rule 7-12, Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs")
25 and Defendant Fluxion Biosciences, Inc. ("Defendant"), through their respective counsel, (where
26 appropriate Plaintiffs and Defendant are referred to as the "Parties") stipulate as follows and

27                                            1
28         STIPULATION AND [] ORDER RE DEFENDANT'S
           MOTION TO DISMISS, PLAINTIFFS' AMENDED COMPLAINT
           AND POTENTIAL DISCOVERY REGARDING WILFULNESS
           CASE NO.:  CV 09 03150 RMW

respectfully request that the Court enter the following Proposed Order:

WHEREAS the Parties have previously stipulated and this Court has ordered that Plaintiffs may file a First Amended Complaint ("FAC") on November 23, 2009;

WHEREAS Plaintiff Cellectricon has a new chief executive officer who has assumed her responsibilities within the past thirty days;

WHEREAS Fluxion has proposed providing written information to Plaintiffs within the next thirty days to allow the Parties to informally discuss and explore the settlement of the claims involved in this litigation within the next sixty days ;

WHEREAS the Parties wish to informally explore settlement within the next 60 days which discussions will be facilitated by an extension of time for Plaintiffs to file the FAC;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their respective counsel of record, and subject to the approval of the Court:

1.  The time for Plaintiffs to file the First Amended Complaint shall be extended sixty days to January 25, 2010 and the FAC shall be served on counsel for Defendant on January 25, 2010;

2.  Defendant shall respond to the First Amended Complaint within ten days of service on its counsel on February 5, 2010;

3.  The Parties shall informally meet to discuss settlement within the next 60 days.

Dated:  November 13, 2009                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:      /s/
     KENNETH E. KELLER
     Attorneys for Plaintiffs
     CELLECTRICON AB AND GYROS AB

2

STIPULATION AND [] ORDER RE DEFENDANT'S
MOTION TO DISMISS, PLAINTIFFS' AMENDED COMPLAINT
AND POTENTIAL DISCOVERY REGARDING WILFULNESS
CASE NO.:  CV 09 03150 RMW

Dated: November 23, 2009         ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____/s/_____
    ERIC L. WESENBERG
    Attorneys for Defendant
    FLUXION BIOSCIENCES, INC.

I hereby attest that I have been authorized by Eric L. Wesenberg to execute on his behalf this Stipulation and [Proposed] Order Re Amended Complaint. Executed on this 23th day of November, 2009, at San Francisco, California.

_____/s/_____
Kenneth E. Keller

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __12/10/09_____        _/s/ Ronald M. Whyte_____
    RONALD M. WHYTE
    UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [] ORDER RE DEFENDANT'S
MOTION TO DISMISS, PLAINTIFFS' AMENDED COMPLAINT
AND POTENTIAL DISCOVERY REGARDING WILFULNESS
CASE NO.: CV 09 03150 RMW