Neil A. Smith, California Bar No. 63777
Email: nsmith@sheppardmullin.com
Nathaniel Bruno, California Bar No. 228118
Email: nbruno@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone No.: 415-434-9100
Fax No.: 415-434-3947

David G. Conlin (*Pro Hac Vice* previously granted)
Email: dconlin@eapdlaw.com
George W. Neuner (*Pro Hac Vice* previously granted)
Email: gneuner@eapdlaw.com
Brian M. Gaff, California Bar No. 202896
Email: bgaff@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiffs
CELLECTRICON AB and GYROS AB

*E-FILED - 2/2/10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>Plaintiffs,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>Defendant. | Civil Action No. 3:09-cv-03150-RMW<br><br>**NOTICE OF RE-SUBSTITUTION OF PLAINTIFFS' COUNSEL**<br><br>**AND**<br><br>[XXXXXXX] **ORDER THEREON**<br><br>Honorable Ronald M. Whyte<br>United States District Judge |

| | |
|---|---|
| 1 | **NOTICE OF RE-SUBSTITUTION OF PLAINTIFFS' COUNSEL** |
| 2 | TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL: |
| 3 | PLEASE TAKE NOTICE that Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs") |
| 4 | hereby re-substitute the following firms and attorneys back into this action as Plaintiffs' counsel of |
| 5 | record: |
| 6 | **Neil A. Smith**, California Bar No. 63777<br>Email: nsmith@sheppardmullin.com |
| 7 | **Nathaniel Bruno**, California Bar No. 228118<br>Email: nbruno@sheppardmullin.com |
| 8 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor |
| 9 | San Francisco, CA 94111-4109<br>Telephone No.: 415-434-9100 |
| 10 | Fax No.: 415-434-3947 |
| 11 | AND |
| 12 | **David G. Conlin** (*Pro Hac Vice* previously granted)<br>Email: dconlin@eapdlaw.com |
| 13 | **George W. Neuner** (*Pro Hac Vice* previously granted)<br>Email: gneuner@eapdlaw.com |
| 14 | **Brian M. Gaff**, California Bar No. 202896<br>Email: bgaff@eapdlaw.com |
| 15 | EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue |
| 16 | Boston, MA 02199-7613<br>Telephone No.: 617-239-0100 |
| 17 | Fax No.: 617-227-4420 |
| 18 | |
| 19 | PLEASE TAKE FURTHER NOTICE that the firms and attorneys listed above are |
| 20 | substituted back into this action in place of the following firms and attorneys: **Kenneth E. Keller**, |
| 21 | **Michael D. Lisi**, and **Tracy M. Clements** of Krieg Keller Sloan Reilley & Roman LLP, 114 |
| 22 | Sansome Street, 4th Floor, San Francisco, CA, 94104, and **Robert H. Stier, Jr., Michael J.** |
| 23 | **Sullivan**, and **Sean L. Sweeney** of Pierce Atwood LLP, One Monument Square, Portland, ME, |
| 24 | 04101-1110. |
| 25 | |
| 26 | Consents to these re-substitutions are provided below by authorized representatives of |
| 27 | Plaintiffs and of each of the law firms involved. |
| 28 | |

| | | |
|---|---|---|
|1| I consent to the above substitution of counsel. | |
|2| Dated: January 18, 2010 | By: _/s/ Annelie Skaffe Persson_ |
|3| | for: Annelie Skaffe Persson |
|4| | Plaintiff CELLECTRICON AB |
|5| I consent to the above substitution of counsel. | |
|6| Dated: January 18, 2010 | By: _/s/ Erik Walden_ |
|7| | for: ERIK WALDEN |
| | | Plaintiff GYROS AB |
|8| I consent to the above substitution of counsel. | |
|9| Dated: _____ | By: _____ |
|10| | Neil A. Smith, for: |
|11| | Sheppard Mullin Richter & Hampton LLP |
|12| I consent to the above substitution of counsel. | |
|13| Dated: _____ | By: _____ |
|14| | George W. Neuner, for: |
| | | Edwards Angell Palmer & Dodge LLP |
|15| I consent to the above substitution of counsel. | |
|16| Dated: _____ | By: _____ |
|17| | Kenneth E. Keller, for: |
|18| | Krieg Keller Sloan Reilley & Roman LLP |
|19| I consent to the above substitution of counsel. | |
|20| Dated: _____ | By: _____ |
|21| | Robert H. Stier, Jr., for: |
| | | Pierce Atwood LLP |

### ORDER

Pursuant to the stipulations and consents above, IT IS SO ORDERED.

Dated: 2/2/10

_/s/ Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge

I consent to the above substitution of counsel.

Dated: _____    By: _____
                                 for:
                                 Plaintiff CELLECTRICON AB

I consent to the above substitution of counsel.

Dated: _____    By: _____
                                 for:
                                 Plaintiff GYROS AB

I consent to the above substitution of counsel.

Dated: 18/Jan '10                By: /s/ Neil A. Smith
                                 Neil A. Smith, for:
                                 Sheppard Mullin Richter & Hampton LLP

I consent to the above substitution of counsel.

Dated: 12 Jan '10                By: /s/ George W. Neuner
                                 George W. Neuner, for:
                                 Edwards Angell Palmer & Dodge LLP

I consent to the above substitution of counsel.

Dated: _____    By: _____
                                 Kenneth E. Keller, for:
                                 Krieg Keller Sloan Reilley & Roman LLP

I consent to the above substitution of counsel.

Dated: 1/11/10                   By: /s/ Robert H. Stier, Jr.
                                 Robert H. Stier, Jr. for:
                                 Pierce Atwood LLP

## ORDER

Pursuant to the stipulations and consents above, **IT IS SO ORDERED**.

Dated: _____

Honorable Ronald M. Whyte
United States District Judge

| | |
|---|---|
| 1 | I consent to the above substitution of counsel. |
| 2 | |
| 3 | Dated: _____ By: _____ |
| 4 | for: Plaintiff CELLECTRICON AB |
| 5 | I consent to the above substitution of counsel. |
| 6 | Dated: _____ By: _____ |
| 7 | for: Plaintiff GYROS AB |
| 8 | |
| 9 | I consent to the above substitution of counsel. |
| 10 | Dated: _____ By: _____ |
| 11 | Neil A. Smith, for: Sheppard Mullin Richter & Hampton LLP |
| 12 | I consent to the above substitution of counsel. |
| 13 | Dated: _____ By: _____ |
| 14 | George W. Neuner, for: Edwards Angell Palmer & Dodge LLP |
| 15 | |
| 16 | I consent to the above substitution of counsel. |
| 17 | Dated: 1/13/10 By: /s/ Kenneth E. Keller |
| 18 | Kenneth E. Keller, for: Krieg Keller Sloan Reilley & Roman LLP |
| 19 | I consent to the above substitution of counsel. |
| 20 | Dated: 1/11/10 By: /s/ Robert H. Stier, Jr. |
| 21 | Robert H. Stier, Jr., for: Pierce Atwood LLP |

### ORDER

Pursuant to the stipulations and consents above, **IT IS SO ORDERED**.

Dated: _____

_____
Honorable Ronald M. Whyte
United States District Judge