| | |
|---|---|
| Neil A. Smith, California Bar No. 63777<br>Email: nsmith@sheppardmullin.com<br>Nathaniel Bruno, California Bar No. 228118<br>Email: nbruno@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone No.: 415-434-9100<br>Fax No.: 415-434-3947<br><br>David G. Conlin (*Pro Hac Vice* previously granted)<br>Email: dconlin@eapdlaw.com<br>George W. Neuner (*Pro Hac Vice* previously granted)<br>Email: gneuner@eapdlaw.com<br>Brian M. Gaff, California Bar No. 202896<br>Email: bgaff@eapdlaw.com<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>Telephone No.: 617-239-0100<br>Fax No.: 617-227-4420<br><br>Attorneys for Plaintiffs<br>  CELLECTRICON AB and GYROS AB | ERIC L. WESENBERG (SBN 139696)<br>Email: ewesenberg@orrick.com<br>ELIZABETH A. HOWARD (SBN 173185)<br>Email: ehoward@orrick.com<br>DEBORAH FISHMAN (SBN 197584)<br>Email: dfishman@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1-650-614-7400<br>Facsimile: +1-650-614-7401<br><br><br>Attorneys for Defendant<br>  FLUXION BIOSCIENCES, INC.<br><br><br>*E-FILED - 5/20/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>  Plaintiffs,<br><br>  v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>  Defendant. | Civil Action No. 5:09-cv-03150-RMW<br><br>**STIPULATION AND [] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[Civil Local Rules 6-2 and 7-12]<br><br>Current CMC Date: June 4, 2010<br>Proposed New CMC Date: June 11, 2010<br><br>Courtroom 6, 4th Floor<br>Honorable Ronald M. Whyte, U.S. District Judge |

W02-WEST:6NB1\402648678.1

Civil Action No. 5:09-cv-03150-RMW

-1-

STIPULATION AND [] ORDER CONTINUING INITIAL CMC AND RELATED DEADLINES

The following stipulation requests that the Court continue the June 4, 2010 Case Management Conference ("CMC") in this action to June 11, 2010 at 10:30 a.m., continue the deadline to file a Joint Case Management Statement from May 28, 2010 to June 4, 2010, and continue all related deadlines accordingly.

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs CELLECTRICON AB and GYROS AB (collectively, "Plaintiffs") and Defendant FLUXION BIOSCIENCES, INC. ("Defendant"), through their respective counsel of record, stipulate and request as follows:

1. WHEREAS, on May 5, 2010, this Court issued a Notice of Order Setting Case Management Conference setting the initial CMC in this action for June 4, 2010 at 10:30 a.m., setting the deadline to file a Joint Case Management Statement for May 28, 2010, and effectively setting other related pre-CMC deadlines that depend from the CMC date [Docket No. 50];

2. WHEREAS, counsel for Plaintiffs at the Edwards Angell law firm in Boston, Massachusetts do not intend to travel to California to attend the CMC in person, but Plaintiffs do desire that Plaintiffs' counsel Neil A. Smith at the Sheppard Mullin law firm attend in person to represent Plaintiffs at the CMC;

3. WHEREAS, Mr. Smith has prior plans to be in New York City on June 4, 2010 [Declaration of Neil A. Smith at ¶ 2];

4. WHEREAS, a brief one-week continuance of the CMC and related deadlines will make the CMC more meaningful by allowing counsel for Plaintiffs to attend and participate in person and therefore serve the interests of efficiency and economy for case management going forward;

5. WHEREAS, the Court has advised through its Courtroom Deputy that the Court is available, and there have been no previous time modifications relating to the CMC in this action, other than that the originally-scheduled initial CMC was vacated when the case was reassigned to this Honorable Court [Docket No. 19]; and

6. WHEREAS, a brief one-week continuance of the CMC and related deadlines will not have an appreciable effect on the overall schedule for this case;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** that the Court continue the June 4, 2010 CMC in this action to June 11, 2010 at 10:30 a.m., continue the deadline to file a Joint Case Management Statement from May 28, 2010 to June 4, 2010, and continue all related deadlines accordingly.

DATED: May 14, 2010              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                 By: */s/ Neil A. Smith*
                                     Neil A. Smith

                                 Attorneys for Plaintiffs
                                 CELLECTRICON AB and GYROS AB

DATED: May 14, 2010              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                 By: */s/ Eric L. Wesenberg*
                                     Eric L. Wesenberg

                                 Attorneys for Defendant
                                 FLUXION BIOSCIENCES, INC.

**E-Filing Attestation:** Counsel for Plaintiffs whose electronic signature appears above certifies by his electronic signature that counsel for Defendant whose electronic signature appears above has concurred in this filing.

1

**ORDER**

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6
    Dated:  5/20/10                         *Ronald M. Whyte*
7
                                            Honorable Ronald M. Whyte
8                                           United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\402648678.1                          STIPULATION AND [] ORDER
                                  -4-              CONTINUING INITIAL CMC AND
Civil Action No. 5:09-cv-03150-RMW                    RELATED DEADLINES