**E-FILED on**    8/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB, and GYROS AB,<br><br>      Plaintiffs,<br><br>  v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>      Defendant. | No. C-09-03150 RMW<br><br>ORDER REGARDING NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**[Re Docket No. 85]** |

    Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin") seeks to withdraw as counsel of record for plaintiffs Cellectricon AB and Gyros AB. If any party objects to the withdrawal of Sheppard Mullin, it should file its objection no later than August 15, 2010. If no objection is received by August 15, 2010, the court will grant Sheppard Mullin's withdrawal and relieve it of all duties as counsel of record in this action.

DATED:     8/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING NOTICE OF WITHDRAWAL OF COUNSEL—No. C-09-03150 RMW
CCL