SHEPPARD MULLIN RICHTER & HAMPTON LLP
Nathaniel Bruno, California Bar No. 228118
Email: nbruno@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone No.: 415-434-9100
Fax No.: 415-434-3947

Attorneys for Plaintiffs/Counterdefendants
  CELLECTRICON AB and GYROS AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>    Defendant. | Civil Action No. 5:09-cv-03150-RMW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, AND ORDER THEREON**<br><br>[Civil L.R. 11-5(a)]<br><br>Honorable Ronald M. Whyte<br>United States District Judge |
| AND RELATED COUNTERCLAIMS. | |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 11-5(a), **Sheppard Mullin Richter & Hampton LLP** (including, but not limited to, attorney **Nathaniel Bruno**) hereby provides notice of its withdrawal from this action as counsel of record for Plaintiffs/Counterdefendants CELLECTRICON AB and GYROS AB (collectively, "Plaintiffs").

Attorney Neil A. Smith is no longer with Sheppard Mullin Richter & Hampton LLP, and this withdrawal by Sheppard Mullin Richter & Hampton LLP is made in connection with Plaintiffs' request that Mr. Smith continue to represent Plaintiffs as their local counsel in this action at his current law firm of Ropers Majeski Kohn Bentley PC.  Sheppard Mullin Richter & Hampton LLP expects that Mr. Smith will enter an appearance as counsel of record for Plaintiffs with and on behalf of Ropers Majeski Kohn Bentley PC to serve as Plaintiffs' local counsel.

Plaintiffs continue in any event to be represented by counsel of record in this action from the law firm of Edwards Angell Palmer & Dodge LLP, including California-registered attorney Brian M. Gaff (California Bar No. 202896), as well as David G. Conlin and George W. Neuner who are appearing in this action *pro hac vice*.  Accordingly, the withdrawal of Sheppard Mullin Richter & Hampton LLP does not leave Plaintiffs without counsel of record, including California-registered counsel.  Per Civil L.R. 11-5(a), Defendant Fluxion Biosciences, Inc. has also been given notice of Sheppard Mullin Richter & Hampton LLP's withdrawal.

DATED: August 4, 2010                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                     By:  */s/ Nathaniel Bruno*
                                          Nathaniel Bruno

                                     Attorneys for Plaintiffs/Counterdefendants
                                     CELLECTRICON AB and GYROS AB

**ORDER**

IT IS HEREBY ORDERED that this Court enters the withdrawal of **Sheppard Mullin Richter & Hampton LLP** (including, but not limited to, attorney **Nathaniel Bruno**), and relieves the law firm of **Sheppard Mullin Richter & Hampton LLP** of all duties as counsel of record in this action for Plaintiffs/Counterdefendants CELLECTRICON AB and GYROS AB.

**IT IS SO ORDERED.**

Dated: 8/17/10

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Judge