1   ERIC L. WESENBERG (SBN 139696)          NEIL ARTHUR SMITH (SBN 63777)
    ewesenberg@orrick.com                   nsmith@rmkb.com
2   ELIZABETH A. HOWARD (SBN 173185)        ROPERS, MAJESKI, KOHN & BENTLEY
    ehoward@orrick.com                      50 W. San Fernando Street
3   DEBORAH E. FISHMAN (SBN 197584)         Suite 1400
    dfishman@orrick.com                     San Jose, CA 95113
4   JASON S. ANGELL (SBN 221607)            Telephone:  408-287-6262
    jangell@orrick.com                      Facsimile:  408-918-4501
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road                         BRIAN M. GAFF (SBN 202896)
6   Menlo Park, CA  94025-1015              bgaff@eapdlaw.com
    Telephone:  650-614-7400                EDWARDS ANGELL PALMER &
7   Facsimile:  650-614-7401                DODGE LLP
                                            111 Huntington Avenue
8   Attorneys for Defendant,                Boston, MA 02199-7613
    FLUXION BIOSCIENCES, INC.               Telephone:  617-517-5597
9                                           Facsimile:  888-325-9725

10                                          Attorneys for Plaintiffs
                                            CELLECTRICON AB and GYROS AB
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION          *E-FILED - 10/13/10*
14

15  CELLECTRICON AB and GYROS AB,           Case No.  3:09-cv-03150 (RMW)

16              Plaintiff,                   **JOINT STIPULATION AND
                                            [] ORDER CONTINUING
17        v.                                 CASE MANAGEMENT
                                            CONFERENCE**
18  FLUXION BIOSCIENCES, INC.,
                                            Date:  October 29, 2010
19              Defendant.                   Time:  10:30
                                            Ctrm:  6, 4th Floor
20

21        Pursuant to Civil Local Rule 7-12, Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs")

22  and Defendant Fluxion Biosciences, Inc. ("Fluxion"), by and through their respective counsel of

23  record, respectfully submit this Joint Stipulation and Proposed Order seeking a continuance of the

24  case management conference from October 15, 2010 at 10:30 a.m. to October 29, 2010 at 10:30

25  a.m.

26        WHEREAS, on July 26, 2010, the Court ordered the parties to submit a joint status

27  conference statement by October 1, 2010 and to appear at a case management conference on

28  October 8, 2010 at 10:30 a.m. to report on the status of Fluxion's reexamination requests and

1  present their respective positions with regard to whether the stay should be continued, lifted, or

2  modified at that time;

3      WHEREAS, on September 30, 2010, the Court reset the case management conference for

4  October 15, 2010 at 10:30 a.m. and that the parties should submit the joint status conference

5  statement by October 8, 2010;

6      WHEREAS, Fluxion's counsel is unavailable on October 15, 2010 and Plaintiffs' counsel

7  is unavailable on October 22; and

8      WHEREAS, the parties agree to conduct the case management conference on October 29,

9  2010 at 10:30 a.m., subject to the court's convenience, and that the joint status conference

10  statement should be filed by October 22, 2010;

11      THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

12      The Case Management Conference, presently scheduled for October 15, 2010, may be

13  continued to October 29, 2010, or as soon thereafter as the Court's schedule will allow, and that

14  the case management conference statement will be filed by October 22, 2010.

15      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16  Dated:  October 8, 2010         ERIC WESENBERG

17                     ELIZABETH A. HOWARD
                   DEBORAH E. FISHMAN

18                     JASON S. ANGELL
                   ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20                         /s/ Jason S. Angell
                        Jason S. Angell

21                       Attorneys for Defendant
                     Fluxion Biosciences, Inc.

22  Dated:  October 8, 2010         NEIL ARTHUR SMITH
                   ROPERS, MAJESKI, KOHN & BENTLEY

23

24                         /s/ Neil Arthur Smith

25                         Neil Arthur Smith
                     Attorneys for Plaintiffs

26                       Cellectricon AB and Gyros AB

27

28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2   Dated: _____10/13_____, 2010

3                                                   *Ronald M. Whyte*
                                           _____
                                           HON. RONALD M. WHYTE
4                                          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

**FILERS ATTESTATION**

2          Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Jason S. Angell,

3   hereby attest that the concurrence in the filing of this document has been obtained from Neil

4   Arthur Smith, Attorney for Plaintiffs, Cellectricon AB and Gyros AB.

5

6                                                 */s /Jason S. Angell*
                                                  Jason S. Angell
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[] ORDER**

Based upon the parties' stipulation, and FOR GOOD CAUSE shown,

IT IS HEREBY ORDERED THAT the Case Management Conference, presently

scheduled for October 15, 2010, is continued to October 29, 2010 and that the joint case

management conference statements is due October 22, 2010.

Dated: _____10/13_____, 2010

*Ronald M. Whyte*

_____

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

OHS West:261005736.1