1  ERIC L. WESENBERG (SBN 139696)
   ewesenberg@orrick.com
2  ELIZABETH A. HOWARD (SBN 173185)
   ehoward@orrick.com
3  DEBORAH E. FISHMAN (SBN 197584)
   dfishman@orrick.com
4  JASON S. ANGELL (SBN 221607)
   jangell@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA 94025-1015
   Telephone:   650-614-7400
7  Facsimile:   650-614-7401

8  Attorneys for Defendant,
   FLUXION BIOSCIENCES, INC.

   NEIL ARTHUR SMITH (SBN 63777)
   nsmith@rmkb.com
   ROPERS, MAJESKI, KOHN & BENTLEY
   50 W. San Fernando Street, Suite 1400
   San Jose, CA 95113
   Telephone:   408-287-6262
   Facsimile:   408-918-4501

   BRIAN M. GAFF (SBN 202896)
   bgaff@eapdlaw.com
   EDWARDS ANGELL PALMER &
   DODGE LLP
   111 Huntington Avenue
   Boston, MA 02199-7613
   Telephone:   617-517-5597
   Facsimile:   888-325-9725

   Attorneys for Plaintiffs
   CELLECTRICON AB and GYROS AB

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 10/28/10*

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>Plaintiff,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>Defendant. | Case No. 3:09-cv-03150 (RMW)<br><br>**JOINT STIPULATION AND [] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE ON STAY OF LITIGATION**<br><br>Date:   October 29, 2010<br>Time:   10:30<br>Ctrm:   6, 4th Floor |

Pursuant to Civil Local Rule 7-12, Plaintiffs Cellectricon AB and Gyros AB ("Plaintiffs") and Defendant Fluxion Biosciences, Inc. ("Fluxion"), by and through their respective counsel of record, respectfully submit this Joint Stipulation and Proposed Order seeking a continuance of the case management conference from October 29, 2010 at 10:30 a.m. to November 12, 2010 at 10:30 a.m.

WHEREAS, on July 26, 2010, the Court ordered the parties to submit a Joint Status Conference Statement by October 1, 2010 and to appear at a case management conference on October 8, 2010 at 10:30 a.m. to report on the status of Fluxion's reexamination requests and present their respective positions with regard to whether the present litigation stay should be continued, lifted, or modified at that time;

WHEREAS, on September 30, 2010, the Court reset the case management conference for October 15, 2010 at 10:30 a.m. and that the parties should submit the Joint Status Conference Statement by October 8, 2010;

WHEREAS, at the parties' request, the Court re-set the case management conference for October 29, 2010, and the parties filed the Joint Status Conference Statement on October 22, 2010;

WHEREAS, Fluxion's counsel has encountered a scheduling conflict and is unavailable on October 29, 2010, and Plaintiffs' counsel has agreed to re-set the hearing,

WHEREAS, the parties agree to conduct the case management conference on November 12, 2010 at 10:30 a.m., subject to the court's convenience.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The Case Management Conference, presently scheduled for October 29, 2010, may be continued to November 12, 2010, or as soon thereafter as the Court's schedule will allow.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated: October 26, 2010 | ERIC WESENBERG |
| 2 | | ELIZABETH A. HOWARD |
| | | DEBORAH E. FISHMAN |
| 3 | | JASON S. ANGELL |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

                                                  */s/* Jason S. Angell
                                                  Jason S. Angell
                                                  Attorneys for Defendant
                                                  Fluxion Biosciences, Inc.

Dated: October 26, 2010        BRIAN M. GAFF
                                      EDWARDS ANGELL PALMER & DODGE LLP

                                                  */s/* Brian M. Gaff
                                                  Brian M. Gaff
                                                  Attorneys for Plaintiffs
                                                  Cellectricon AB and Gyros AB

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  Dated: __10/28_____, 2010

*Ronald M. Whyte*

3  HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

**FILERS ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Jason S. Angell, hereby attest that the concurrence in the filing of this document has been obtained from Brian M. Gaff, Attorney for Plaintiffs, Cellectricon AB and Gyros AB.

                        */s /Jason S. Angell*
                                Jason S. Angell

**[] ORDER**

Based upon the parties' stipulation, and FOR GOOD CAUSE shown,

IT IS HEREBY ORDERED THAT the parties having previously filed their Joint Status Conference Statement regarding the present litigation stay on October 22, 2010, the further Case Management Conference on Whether to Continue the Stay of the Case Pending Reexamination, presently scheduled for October 29, 2010, is continued to November 12, 2010.

Dated: 10/28, 2010

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE