1  ERIC L. WESENBERG (STATE BAR NO. 139696)
   ewesenberg@orrick.com
2  ELIZABETH A. HOWARD (STATE BAR NO. 173185)
   ehoward@orrick.com
3  DEBORAH FISHMAN (STATE BAR NO. 197584)
   dfishman@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:    650-614-7401

7  Attorneys for Defendant
   FLUXION BIOSCIENCES, INC.
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 | CELLECTRICON AB and GYROS AB, | Case No.  CV 09-3150-RMW
14 |          Plaintiffs,           |
15 |     v.                         | **ORDER GRANTING FLUXION BIOSCIENCES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(B) AND (C)**
16 | FLUXION BIOSCIENCES, INC.,     |
17 |          Defendant.            |
18 |                                | Date:    October 29, 2010
19 |                                | Time:    10:30 a.m.
   |                                | Ctrm.    6. 4th Floor
20 |                                | Honorable Ronald M. Whyte
   |                                | United States District Judge

                                                          **ORDER GRANTING**
                                      **FLUXION'S ADMINISTRATIVE MOTION TO SEAL**
                                                          **CV 09-3150-RMW**

1  This matter came before the Court on the Administrative Motion To File Under Seal filed
2  by defendant Fluxion Biosciences, Inc., pursuant to Civil Local Rule 79-5(b) and (c).  Petitioner
3  seeks to file under seal portions of the Joint Status Conference Statement, and the entirety of
4  Exhibits A and B.  Having considered the papers on file and good cause appearing, the Court
5  HEREBY ORDERS that the motion is GRANTED, as follows:
6  (1)  The following portions of the Joint Status Conference Statement, shall be filed
7  under seal:
8  - The specific sales figures identified at page 6 line 9.
9  (2)  The entire Exhibit A to the Joint Status Conference Statement, shall be filed under
10 seal,
11 (3)  The entire Exhibit B to the Joint Status Conference Statement, shall be filed under
12 seal,
13 (4)  Only the Court and court personnel may inspect the records sealed by this Order.
14 **IT IS SO ORDERED.**

16 Dated:  ___November 3___, 2010

_____
The Honorable Ronald M. Whyte
United States District Judge