Eric L. Wesenberg (SBN 139696)
ewesenberg@perkinscoie.com
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  650-838-4300
Facsimile:  650-838-4350

Elizabeth A. Howard (SBN 173185)
ehoward@orrick.com
Deborah Fishman (SBN 197584)
dfishman@orrick.com
Jason S. Angell (SBN 221607)
jangell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Jeffrey S. Love (SBN 195068)
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  503-595-5300
Facsimile:  503-595-5301

Attorneys for Defendant,
FLUXION BIOSCIENCES, INC.

NEIL ARTHUR SMITH (SBN 63777)
nsmith@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street
Suite 1400
San Jose, CA 95113
Telephone:  408-287-6262
Facsimile:  408-918-4501

BRIAN M. GAFF (SBN 202896)
bgaff@eapdlaw.com
GEORGE W. NEUNER (pro hac vice)
gneuner@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone:  617-517-5597
Facsimile:  888-325-9725

Attorneys for Plaintiffs
CELLECTRICON AB and GYROS AB

*E-FILED - 1/6/11*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>    Plaintiffs,<br><br>  v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>    Defendant. | Case No.: 5:09-cv-03150 (RMW)<br><br>**STIPULATION REGARDING COURT ADR AND ORDER** |

1   STIPULATION REGARDING COURT ADR
        Case No.: 5:09-cv-03150 (RMW)

The parties hereby stipulate that they are withdrawing from the Court ADR process and selecting private mediation.

Dated: December 15, 2010     ERIC L. WESENBERG
                             PERKINS COIE, LLP
                             JEFFREY S. LOVE
                             KLARQUIST SPARKMAN, LLP

                             */s/* Jeffrey S. Love
                             ―――――――――――――――――
                             Jeffrey S. Love
                             Attorneys for Defendant
                             Fluxion Biosciences, Inc.

Dated: December 15, 2010     NEIL ARTHUR SMITH
                             ROPERS, MAJESKI, KOHN & BENTLEY
                             BRIAN M. GAFF
                             GEORGE W. NEUNER
                             EDWARDS ANGELL PALMER & DODGE LLP

                             */s/* Neil Arthur Smith
                             ―――――――――――――――――
                             Neil Arthur Smith
                             Attorneys for Plaintiffs
                             Cellectricon AB and Gyros AB

FILERS ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Jeffrey S. Love, hereby attest that the concurrence in the filing of this document has been obtained from Neil Arthur Smith, Attorney for Plaintiffs.

/s / Jeffrey S. Love

**[] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The parties are withdrawn from the Court ADR program.

Dated: _____1/6_____, 2011         *Ronald M. Whyte*
                                    HON. RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE