1

2

3

4                                              **E-FILED on**  2/23/2011

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   CELLECTRICON AB and GYROS AB,           No. C-09-03150 RMW

13              Plaintiffs,

14        v.                                  ORDER DENYING ADMINISTRATIVE
                                              MOTION TO SHORTEN TIME FOR
15   FLUXION BIOSCIENCES, INC.,               HEARING PLAINTIFFS' MOTION FOR
                                              LIFTING THE STAY
16              Defendant.                    **[Re Docket No. 121]**

17

18

19        On February 18, 2011, Cellectricon AB and Gyros AB (collectively "plaintiffs") filed a

20   motion for lifting the stay in this matter.  On the same day, plaintiffs also filed an administrative

21   motion to shorten time pursuant to Local Rule 6-3, therein requesting that the court hear the motion

22   for lifting the stay on February 25, 2011.  Dkt. No. 121.  Defendant Fluxion Biosciences, Inc., filed a

23   timely opposition to the motion to shorten time.  Dkt. No. 122.   Having considered the papers

24   submitted by both parties, the court finds that plaintiffs have not shown good cause that would

25   justify depriving defendant of a reasonable opportunity to brief the motion and to have lead counsel

26

27

28

**United States District Court**
For the Northern District of California

1  appear at the hearing.  Accordingly, the administrative motion to shorten time is hereby denied.

2  Plaintiffs' motion for lifting the stay will remain noticed for March 25, 2011.

3

4

5

6

7

8  DATED:    2/23/2011

   RONALD M. WHYTE
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION FOR LIFTING
THE STAY —No. C-09-03150 RMW
JLR                                                2