| | |
|---|---|
| Eric L. Wesenberg (SBN 139696) <br> ewesenberg@perkinscoie.com <br> Kenneth J. Halpern (SBN 187663) <br> khalpern@perkinscoie.com <br> Kaycie L. Wall (SBN 226027) <br> kwall@perkinscoie.com <br> **PERKINS COIE LLP** <br> 3150 Porter Drive <br> Palo Alto, CA  94304 <br> Telephone:  650-838-4300 <br> Facsimile:  650-838-4350 <br><br> Jeffrey S. Love (SBN 195068) <br> jeffrey.love@klarquist.com <br> Deakin T. Lauer (Admitted *Pro Hac Vice*) <br> deakin.lauer@klarquist.com <br> Salumeh R. Loesch (Admitted *Pro Hac Vice*) <br> salumeh.loesch@klarquist.com <br> **KLARQUIST SPARKMAN, LLP** <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, OR  97204-2988 <br> Telephone:  503-595-5300 <br> Facsimile:  503-595-5301 <br><br> Attorneys for Defendant <br> FLUXION BIOSCIENCES, INC. | *E-FILED - 3/23/11* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB, <br><br> Plaintiffs, <br><br> v. <br><br> FLUXION BIOSCIENCES, INC., <br><br> Defendant. | Case No. CV-09-3150-RMW <br><br> **LOCAL RULE 6-2 STIPULATION AND [] ORDER SHORTENING TIME FOR DEFENDANT'S MOTION TO SEVER OR, IN THE ALTERNATIVE, TO BIFURCATE** <br><br> Date:  N/A <br> Time:  N/A <br> Courtroom: 6, 4th Floor <br> Judge:  Hon. Ronald M. Whyte |

1 WHEREAS on February 18, 2011, Plaintiffs Cellectricon AB and Gyros AB (collectively "Plaintiffs") filed their Motion to Lift Stay and Reopen Litigation and noticed their motion for a hearing on March 25, 2011, in accordance with the Local Rules;

4 WHEREAS on February 23, 2011, the Court denied Plaintiffs' Motion to Shorten Time for the hearing on their Motion to Lift Stay, and ordered the hearing to be held on March 25th;

6 WHEREAS Shortly after Plaintiffs filed their Motion to Lift Stay, Defendant Fluxion Biosciences, Inc. ("Fluxion") began preparing its Motion for Sever or, in the Alternative, to Bifurcate, which is being filed concurrently with this stipulation;

9 WHEREAS Fluxion is noticing its motion to be heard on April 15, 2011, the first hearing date that is 35 or more days after filing;

11 WHEREAS Fluxion's Motion to Sever requests that, in the event that the Court is inclined to grant Plaintiffs' motion and lift the stay as to at least the '252 patent infringement claim, the Court sever Plaintiffs' claim of infringement of the '252 patent from their claims of infringement of the three other patents-in-suit, and that Plaintiffs' remaining claims of infringement remain stayed until the reexaminations have been resolved;

16 WHEREAS Fluxion believes that it would serve the cause of judicial efficiency to have both motions heard on March 25, 2011 and would conserve the resources of the parties to have both motions heard together, particularly given that Fluxion's Motion to Sever is related to and contingent upon the outcome of Plaintiffs' Motion to Lift Stay, and seeks alternative relief in the event that the Court grants Plaintiffs' motion;

21 WHEREAS Plaintiffs agree to shorten time for Fluxion's Motion to Sever on the terms set forth herein;

23 WHEREAS the parties therefore submit this stipulation to shorten time on Fluxion's Motion to Sever to 14 days, to set a briefing schedule, and to reschedule the noticed hearing date from April 15, 2011 to March 25, 2011;

26 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD, PURSUANT TO LOCAL RULE 6-2, THAT (a) the 35-day notice requirement of Local Rule 7-2 shall be shortened to 14 days with respect to

1  Fluxion's Motion to Sever or, in the Alternative, to Bifurcate; (b) Plaintiffs' papers in opposition

2  to the Motion to Sever shall be due on or before 12:00 p.m. on March 17, 2011; (c) Fluxion's

3  reply papers shall be due within two (2) business days, so as to be filed no later than 12:00 p.m.

4  on March 21, 2011; and (d) the hearing on the Motion to Sever shall be held on March 25, 2011

5  at 9:00 a.m.

6       Should this schedule not be acceptable to the Court, the parties wish to maintain the

7  hearing on Plaintiffs' Motion to Lift Stay on March 25, 2011.

8  DATED: March 11, 2011

By:   */s/ Kaycie L. Wall*
     Eric L. Wesenberg
     ewesenberg@perkinscoie.com
     Kenneth J. Halpern (SBN 187663)
     khalpern@perkinscoie.com
     Kaycie L. Wall (SBN 226027)
     kwall@perkinscoie.com
     **PERKINS COIE LLP**
     3150 Porter Drive
     Palo Alto, CA  94304
     Telephone:  650-838-4300
     Facsimile:  650-838-4350

     Jeffrey S. Love (SBN 195068)
     jeffrey.love@klarquist.com
     Deakin T. Lauer (Admitted *Pro Hac Vice*)
     deakin.lauer@klarquist.com
     Salumeh R. Loesch (Admitted *Pro Hac Vice*)
     salumeh.loesch@klarquist.com
     **KLARQUIST SPARKMAN, LLP**
     121 S.W. Salmon Street, Suite 1600
     Portland, OR  97204-2988
     Telephone:  503-595-5300
     Facsimile:  503-595-5301

     Attorneys for Defendant
     FLUXION BIOSCIENCES, INC.

1 | DATED:  March 11, 2011            By:  */s/ Neil A. Smith*
                                          Neil A. Smith (SBN 63777)
2                                         nsmith@rmkb.com
                                          **ROPERS, MAJESKI, KOHN AND**
3                                         **BENTLEY**
                                          50 W. San Fernando Street, Suite 1400
4                                         San Jose, CA  95113
                                          Telephone:  408-287-6262
5                                         Facsimile:  408-918-4501

6                                         David G. Conlin (Admitted Pro Hac Vice)
                                          dconlin@eapdlaw.com
7                                         George Neuner (Admitted *Pro Hac Vice*)
                                          gneuner@eapdlaw.com
8                                         Brian M. Gaff (Admitted *Pro Hac Vice*)
                                          bgaff@eapdlaw.com
9                                         **EDWARDS ANGELL PALMER &**
                                          **DODGE LLP**
10                                        111 Huntington Avenue, 19th Floor
                                          Boston, MA  02199-7613
11                                        Telephone:  617-239-0100
                                          Facsimile:  617-227-4420
12
                                          Attorneys for Plaintiffs
13                                        CELLECTRICON AB and GYROS AB

                       *     *     *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  3/22/11

                                          /s/ Ronald M. Whyte
                                          _____
                                          The Honorable Ronald M. Whyte
                                          United States District Judge

**FILER'S ATTESTATION**

I, Kaycie L. Wall, am the ECF User whose ID and Password are being used to file this Stipulation and Proposed Order Shortening Time for Defendant's Motion to Sever or, in the Alternative, to Bifurcate. In compliance with General Order, Paragraph X.B., I hereby attest that the attorneys listed as signatories above have concurred in this filing.

DATED: March 11, 2011

By: */s/ Kaycie L. Wall*
 Kaycie L. Wall