Neil A. Smith, Cal. Bar No. 63777
Email: nsmith@rmkb.com
Lael D. Andara, Cal Bar No. 215416
Email: landara@rmkb.com
ROPERS, MAJESKI, KOHN, & BENTLEY P.C.
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113-2431
Telephone No.: 408-287-6262
Fax No.:         408-918-4501

David G. Conlin (Pro Hac Vice)
Email: dconlin@eapdlaw.com
George W. Neuner (Pro Hac Vice)
Email: gneuner@eapdlaw.com
Brian M. Gaff, Cal. Bar No. 202896
Email: bgaff@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone No.: 617-239-0100
Fax No.:         617-227-4420

Attorneys for Plaintiffs
Cellectricon AB and Gyros AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>Plaintiffs,<br><br>v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>Defendant. | Civil Action No. 5:09-cv-03150-RMW<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**Complaint Filed:** July 10, 2010<br><br>**Hearing Date:** March 25, 2011<br>**Hearing Time:** 9:00 a.m.<br>**Courtroom:** 6, 4th Floor<br><br>**Honorable Ronald M. Whyte**<br>United States District Judge |

**[PROPOSED] ORDER**

Based upon the Defendant's Administrative Motion to File Documents under Seal and FOR GOOD CAUSE shown, IT IS HEREBY ORDERED THAT the Administrative Motion to File Under Seal is GRANTED and Plaintiffs shall file under seal the following portions of the following documents, declarations, and exhibits:

The following portions of Plaintiffs' Reply in Support of its Motion to Lift Stay and Reopen Litigation:

- Page 7, lines 5, 6, 8, 11-14.

The following portions of the Declaration of Axel Broms in Support of Plaintiffs' Motion to Lift Stay and Reopen Litigation:

- Paragraph 2, lines 8, 11-14;
- Paragraph 4, line 12;
- Paragraph 6, lines 13-14;
- Paragraph 8, lines 25-26, 1-4; and
- Paragraph 4, line 12.

The following portions of Exhibits to the Declaration of Stephen G. Weber in Support of Plaintiffs' Motion to Lift Stay and Reopen Litigation:

- Exhibit B, portions of pages 5, 6, and 7;
- Appendix 4 to Exhibit B in its entirety;
- Exhibit C, portions of page 2.

Only the Court and court personnel may inspect the records sealed by this Order.

Dated: ____April 1, 2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge