Eric L. Wesenberg (SBN 139696)
ewesenberg@perkinscoie.com
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  650-838-4300
Facsimile:  650-838-4350

Elizabeth A. Howard (SBN 173185)
ehoward@orrick.com
Deborah Fishman (SBN 197584)
dfishman@orrick.com
Jason S. Angell (SBN 221607)
jangell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Jeffrey S. Love (SBN 195068)
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  503-595-5300
Facsimile:  503-595-5301

Attorneys for Defendant,
FLUXION BIOSCIENCES, INC.

NEIL ARTHUR SMITH (SBN 63777)
nsmith@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street
Suite 1400
San Jose, CA 95113
Telephone:  408-287-6262
Facsimile:  408-918-4501

BRIAN M. GAFF (SBN 202896)
bgaff@eapdlaw.com
GEORGE W. NEUNER (pro hac vice)
gneuner@eapdlaw.com
EDWARDS ANGELL PALMER &
DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone:  617-517-5597
Facsimile:  888-325-9725

Attorneys for Plaintiffs
CELLECTRICON AB and GYROS AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CELLECTRICON AB and GYROS AB,<br><br>   Plaintiffs,<br><br>  v.<br><br>FLUXION BIOSCIENCES, INC.,<br><br>   Defendant. | Case No.:  5:09-cv-03150 (RMW)<br><br>**STIPULATION OF DISMISSAL AND  ORDER** |

Plaintiff Cellectricon AB hereby dismisses with prejudice all of it claims asserted in this action against defendant Fluxion Biosciences, Inc.  Pursuant to the stipulated order dated June 23, 2011 in this action (Dkt 153 at p. 3 lines 16-21 and p.  5 lines 7-10), Plaintiff Gyros AB no longer has an interest in the patents and patent claims in this action, it shall be dismissed as a party to this action, and its claims are dismissed.  Fluxion hereby dismisses all of its counterclaims asserted in this action against Cellectricon and Gyros, reserving the right to assert the counterclaims if it is sued in the future on any patent referenced in those counterclaims.  The parties, by their counsel, hereby stipulate under Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), that all claims in this action are dismissed in accordance with the above stipulations.  The parties further stipulate that each party shall bear its own costs and attorney's fees.  Based on these stipulations and pursuant to Civil Local Rules 7-1(a)(5) and 7-12, the Parties request entry of the Proposed Order submitted herewith

Dated:  October 17, 2012

ERIC L. WESENBERG
PERKINS COIE, LLP

JEFFREY S. LOVE
KLARQUIST SPARKMAN, LLP

*/s/ Jeffrey S. Love*
Jeffrey S. Love
Attorneys for Defendant
Fluxion Biosciences, Inc.

Dated:  October 17, 2012

NEIL ARTHUR SMITH
ROPERS, MAJESKI, KOHN & BENTLEY
BRIAN M. GAFF
GEORGE W. NEUNER
EDWARDS ANGELL PALMER & DODGE LLP

*/s/ George W. Neuner*
George W. Neuner
Attorneys for Plaintiffs
Cellectricon AB and Gyros AB

2        STIPULATION OF DISMISSAL
          Case No.: 5:09-cv-03150 (RMW)

FILERS ATTESTATION

Pursuant to General Order No. 45, Section X (B) and Civil Local Rule 4-2(i)(3) regarding signatures, I, Jeffrey S. Love, hereby attest that the concurrence in the filing of this document has been obtained from George W. Neuner, Attorney for Plaintiffs.

*/s / Jeffrey S. Love*

3      STIPULATION OF DISMISSAL<br>Case No.:  5:09-cv-03150 (RMW)

**[] ORDER**

Pursuant to the stipulations of the parties,

IT IS SO ORDERED that the claims of Plaintiff Cellectricon AB are dismissed with prejudice; Plaintiff Gyros AB is dismissed as a party to this action and its claims are dismissed; and Fluxion's counterclaims are dismissed, reserving Fluxion's right to assert the counterclaims if it is sued in the future on any patent referenced in those counterclaims. Each party shall bear its own costs and attorney's fees.

Dated: _____, 2015

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
Case No.: 5:09-cv-03150 (RMW)